FILED'05 FEB 16 14:38USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA | ) | No. CR 05- 69 KI |
| --- | --- | --- |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | |
| | ) | [18 U.S.C. §§ 2422(b)] |
| | ) | [18 U.S.C. §§ 2423(c)] |
| | ) | [18 U.S.C. §§ 2241(c)] |
| **LESTER CHRISTIAN WEBER,** | ) | [18 U.S.C. §§ 2252A(a)(1)(A)] |
| | ) | [18 U.S.C. §§ 2252A(a)(5)(B)] |
| Defendant. | ) | |

**THE GRAND JURY CHARGES**:

**COUNT 1**
**(Coercion and Enticement)**

On or about or between January 1, 2004 and December 1, 2004, Lester Christian Weber, defendant herein, did knowingly use or attempt to use a means of interstate commerce, the Internet, to persuade, induce or entice an individual who has not attained the age of 18 years, to engage in sexual activity for which said defendant can be charged with a criminal offense, all in violation of Title 18, United States Code, Sections 2422(b);

**COUNT 2**
**(International Travel With the Intent to Engage in Sex With a Minor)**

On or about or between January 1, 2004 and December 1, 2004, Lester Christian Weber, defendant herein and a citizen of the United States, did knowingly travel in international or

Page - 1 - Indictment (*United States v. Lester Christian Weber*)

foreign commerce from the State of Oregon to the country of Kenya, for the purpose of engaging in illicit sexual conduct with another person; all in violation of Title 18, United States Code, Section 2423(c).

## COUNT 3
### (International Travel With the Intent to Engage in Sex With a Minor)

On or about December 3, 2004, Lester Christian Weber, defendant herein and a citizen of the United States, did knowingly attempt to travel in interstate and foreign commerce for the purpose of engaging in illicit sexual conduct with another person, all in violation of Title 18, United States Code, Sections 2423(c) and (e).

## COUNT 4
### (Aggravated Sexual Abuse)

On or about or between January 1, 2004 and December 1, 2004, Lester Christian Weber, defendant herein, intentionally crossed a state line and knowingly engaged in a sexual act with another person who has not attained the age of 12 years, identified only as "R," all in violation of Title 18, United States Code, Section 2241(c).

## COUNT 5
### (Aggravated Sexual Abuse)

On or about or between January 1, 2004 and December 1, 2004, Lester Christian Weber, defendant herein, intentionally crossed a state line and knowingly engaged in a sexual act with another person who has not attained the age of 12 years, identified only as "K," all in violation of Title 18, United States Code, Section 2241(c).

## COUNT 6
### (Possession of Child Pornography)

On or about August 2, 2004, in the District of Oregon, Lester Christian Weber , defendant

herein defendant herein, did knowingly possess child pornography, as defined in Title 18, United States Code, Section 2256(8), located on computer generated media which contained visual depictions of actual minors engaged in sexually explicit conduct, and such items having been mailed, shipped, or transported in interstate commerce, including by computer; all in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## COUNT 7
### (Transportation of Child Pornography)

On or about or between January 2003 and August 2, 2004, in the District of Oregon, Lester Christian Weber, defendant herein, did knowingly transport or ship child pornography, as defined in Title 18, United States Code, Section 2256(8), which contained visual depictions of actual minors engaged in sexually explicit conduct, such transportation or shipment occurring in interstate commerce, all in violation of Title 18, United States Code, Sections 2252A(a)(1) and (b)(1).

Dated this __16__ day of February, 2005.

A TRUE BILL.

Presented by:

KARIN IMMERGUT
United States Attorney
District of Oregon

_____
GREGORY R. NYHUS, OSB #91384
Assistant United States Attorney